| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app § § 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Barbadoro, Paul J. | 2. Court or Organization<br><br>District of New Hampshire | 3. Date of Report<br><br>05-6/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time)<br><br>District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>Warren Rudman U.S. Courthouse<br>55 Pleasant St. Room 409<br>Concord, New Hampshire 03301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE RECEIVED 2010 MAY 11 A 11: 26

Barbadoro, Paul J.

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J. | 05/6/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2 | | |
| 3 | | |
| 4 | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | New England College |
| 2. 2009 | Southern Vermont Arts Center |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J. | 05/6/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J. | 05/6/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking-Merrimack County Savings Bank | A | Interest | J | T | | | | | |
| 2. Savings-Merrimack County Savings Bank | A | Interest | J | T | | | | | |
| 3. *T.Rowe Price Capital Appreciation Fund | B | Dividend | L | T | | | | | |
| 4. *T. Rowe Price European Fund | C | Dividend | K | T | Sold (part) | 08/14/09 | J | A | |
| 5. *IRA Fidelity Contra Fund | A | Dividend | L | T | | | | | |
| 6. *Brandywine Fund, Inc.-Firstar Trust Company | | None | | | Sold | 11/03/09 | K | A | |
| 7. *IRA Fidelity Diversified International | A | Dividend | K | T | | | | | |
| 8. *TIAA CREF Stock Fund | A | Dividend | J | T | Buy | 01/15/09 | J | | |
| 9. *TIAA CREF Global Fund | A | Dividend | J | T | Buy | 01/15/09 | J | | |
| 10. *TIAA CREF Growth Fund | A | Dividend | J | T | Buy | 01/15/09 | J | | |
| 11. *TIAA Equity Index Fund | A | Dividend | J | T | Buy | 01/15/09 | J | | |
| 12. *IRA Fidelity Low Price Stock | D | Dividend | K | T | | | | | |
| 13. *IRA Fidelity Cash Reserves (Account A) | A | Interest | J | T | | | | | |
| 14. *IRA Fidelity Cash Reserves (Account B) | A | Interest | J | T | | | | | |
| 15. *Trust A, Real Estate at Cape Coral, FL, account | A | Rent | L | W | | | | | |
| 16. (Trust A continued) Middlesex Savings Bank | | | | | | | | | |
| 17. *Fidelity College Investment Plan (Fund C) | A | Dividend | K | T | Buy | 01/05/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J. | 05/6/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. *Fidelity College Investment Plan (Fund D) | A | Dividend | K | T | Buy | 01/20/09 | J | | |
| 19. *T.Rowe Price Prime Reserve | A | Interest | J | T | Buy | 11/17/09 | K | | |
| 20. | | | | | Sold (part) | 12/11/09 | J | A | |
| 21. *IRA, Spartan Extended Market Index Investor Class | A | Dividend | K | T | | | | | |
| 22. *IRA, SGGA Int'l Stock Selection | A | Dividend | K | T | | | | | |
| 23. *IRA, American Beacon Large Cap Value Plan | B | Dividend | L | T | | | | | |
| 24. *IRA, Fidelity Value Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J. | 05/6/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

SECTION VII INVESTMENTS AND TRUSTS

1. T Rowe Price. I reinvested all dividends.

2. Fidelity Investments I reinvested all dividends.

3. IRA-Fidelity. I reinvested all dividends and interest.

4. Fidelity Unique College Investment Plan (Fund A) I reinvested all dividends.

5. TIAA CREF Stock Fund. [ ] contributed approximately $47.00 per month beginning in January and her employer matched her contribution each month.

6. TIAA CREF Global Fund. [ ] contributed approximately $31.00 per month beginning in January and her employer matched her contribution each month.

7. TIAA CREF Growth Fund. [ ] contributed approximately $47.00 per month beginning in January and her employer matched her contribution each month.

8. TIAA Equity Index Fund. [ ] contributed approximately $31.00 per month beginning in January and her employer matched her contribution each month.

9. Trust A . Rental income from the Coral Gables real estate is paid into the Middlesex Savings Bank account. Expenses incurred in maintaining the Coral Gables real estate are withdrawn from the account. I have used the aggregate reporting method. Amounts are based on net income and my interest in the trust.

10. Fidelity Unique College Investment Plan (Fund C). I invested $1,000 each month on or about the 5th of each month.

11. Fidelity Unique College Investment Plan (Fund D). [ ] invested $1,000 each month on or about the 20th of each month

12. IRA Spartan Extended Market Index Investor Class. I reinvested all dividends.

13. SGGA International Stock Selection. I reinvested all dividends.

14. American Beacon Large Cap Value Plan. I reinvested all dividends.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sig

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544